IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ANTONIO R. WEATHERSBY                                                         PLAINTIFF

v.                                                         CIVIL ACTION NO. 2:17-CV-39-KS-MTP

T. L. WALLACE CO.                                                              DEFENDANT

### ORDER

On July 25, 2017, Defendant T. L. Wallace Co. ("Movant") filed its Motion for Judgment on the Pleadings [20]. Plaintiff ("Respondent") has until on or before **August 8, 2017**, to respond to this motion. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4). If Movant wishes to file a rebuttal, it may do so on or before **August 15, 2017**. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If either Movant or Respondent requires an extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Movant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondent's response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED, on this, the ___25th___ day of July, 2017.

                                                ___s/Keith Starrett_____
                                                KEITH STARRETT
                                                UNITED STATES DISTRICT JUDGE